ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN BALLOS
Assistant U.S. Attorney
Arizona State Bar No. 020981
7102 E. 30TH Street 101
Yuma, Arizona  85364
Telephone:  928-314-6402
Email: John.Ballos@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>         vs.<br><br>Claudio Lucas-Hernandez ,<br><br>                    Defendants. | 18-cr-00668-GMS-PHX-1<br>16-cr-00025-GMS-PHX-1<br><br>**GOVERNMENT'S SENTENCING AND DISPOSITION MEMORANDUM** |

Now comes the United States of America, by and through its undersigned counsel, advises the Court that I have reviewed the Presentence Investigation Report prepared in the above case and have no objections to the facts and guideline information set forth therein. The government agrees with the recommendations by the pre-sentence report writer in case number 18-cr-00668 and in deposition case number 16-cr-00025.

Defendant has a lengthy criminal history. *See* PSR pages 7-10.   Defendant was currently on supervised release for Possession with the Intent to Distribute less than 50 Kilograms of Marijuana out the District of Arizona at the time he committed this offense. This will be Defendant's third felony immigration conviction.  Defendant was previously convicted of Reentry of Removed Alien on December 19, 2011.  He received 18 months imprisonment and 3 years of supervised release.  He was again convicted of Reentry of Removed Alien on January 6, 2014.  He was sentenced to 14 months in prison and was

1  given 3 years of supervised release.  It should be noted, that in each of his previous felony
2  immigration cases, he violated his supervised release conditions.  *See* PSR pages 7-8.

3        Defendant did save the government time and resources by accepting the plea
4  agreement.  The recommendation in case number 18-cr-00668-GMS-PHX-1 is for 51
5  months followed by 3 years of supervised release.  This government is in agreement with
6  this.

7        The recommended sentence for his supervised release violation in case number 16-
8  cr-00025-GMS-PHX-1 is for 18 months incarceration to run consecutive to his current
9  case.  These incarceration terms meet the statutory goals of U.S.C. section 3553 (a).  The
10 combined sentence is 69 months imprisonment and 3 years of supervised release.  This is
11 more progressive than what he received for his last felony immigration conviction.  These
12 consecutive incarceration terms should deter Defendant from returning to this Country
13 illegally again.

14       Respectfully submitted this 2 day of August, 2018.

15                                           ELIZABETH A. STRANGE
                                          First Assistant United States Attorney
16                                           District of Arizona

17                                           *s/John Ballos*
                                          John Ballos
18                                           Assistant U.S. Attorney

19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 2, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Brenda Sandoval

_s/John Ballos.>_
U.S. Attorney's Office